UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTINA ZENON,

               Plaintiff,

          -v.-

PROPELLE + KONNECT, ALLISON
GRODD, MARCUS GRODD, and SHADI
MOSCROP,

               Defendants.

25 Civ. 10378 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On December 16, 2025, the above-captioned case was assigned to this Court. On February 27, 2026, Defendant Propelle + Konnect moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (Dkt. #14). But this motion is premature. Before Defendant may file such a motion, the Court's Individual Rules of Practice in Civil Cases require Defendant to submit a pre-motion letter requesting a pre-motion conference. *See* Individual Rules 2(C), 4(A). Because Defendant has not done so, the Court STRIKES docket entry 14. Defendants are welcome to submit a pre-motion letter that complies with the Court's Individual Rules and request a pre-motion conference to discuss their contemplated motion.

The Clerk of Court is directed to strike the documents at docket entries 14.

2

SO ORDERED.

Dated:   March 2, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge